THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WENTWORTH SPRINGER, LAWRENCE JACKSON and ROBERT TALIAFERRO, Appellants.

(Argued October 7, 1936; decided November 24, 1936.)

*Frederick J. Sullivan* and *Edward W. McDonald* for Wentworth Springer, appellant.

*James D. C. Murray, Jerome C. Lewis* and *Daniel Kirchman* for Lawrence Jackson, appellant.

*Moses A. Sachs, Le Roy Campbell* and *Homer I. Harris* for Robert Taliaferro, appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga* of counsel), for respondent.

As to each defendant: judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. LEHMAN and CROUCH, JJ., dissent as to defendant Taliaferro on the ground the evidence does not prove him guilty beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS LAZAR, Appellant.

(Argued October 13, 1936; decided November 24, 1936.)

*David F. Price, Harry Werner, Joseph Weissman* and *Benjamin Schaffer* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.